DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Richard R. Brown, et al., | ) | |
|     Plaintiff(s), | ) | CASE NO. 3:03 CV 7321 |
| | ) | |
| v. | ) | |
| | ) | |
| Nationwide Mutual Insurance Co., et al., | ) | |
|     Defendant(s). | ) | |
| | ) | |
| ------------------------------------------------ | ) | -------------------------------------- |
| Richard R. Brown, et al., | ) | |
|     Plaintiff(s), | ) | CASE NO. 3:03 CV 7322 |
| | ) | |
| v. | ) | |
| | ) | |
| Jay T. Valusek, et al., | ) | |
|     Defendant(s), | ) | |
| | ) | |

## JUDGMENT ENTRY

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that summary judgment is granted in favor of all defendants in these two consolidated cases. Both cases closed, with all parties to bear their own costs.

  May 23, 2005                                                     *s/ David D. Dowd, Jr.*
Date                                                          David D. Dowd, Jr.
                                                              U.S. District Judge